# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| STEPHANIE MADDOX, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 3:21-CV-124 (CAR) |
| | : | |
| THE UNIFIED GOVERNMENT OF | : | |
| ATHENS-CLARKE COUNTY, | : | |
| GEORGIA; | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON DISCOVERY DISPUTE

On May 23, 2023, the Court held a telephone conference to resolve the parties' dispute concerning the location and the number of depositions requested by Plaintiff Stephanie Maddox. Ms. Maddox requested to take a total of seventeen (17) depositions. Defendant Athens-Clarke County ("ACC") stated it would consent to twelve (12) depositions but objected to the other five.[1] As discussed in the telephone conference, the Court ruled as follows:

1. Ms. Maddox will be permitted to take twelve (12) depositions of the following individuals: Blaine Williams, Kelly Girtz, Carol Meyers, Patrick Davenport, Melissa Link, Allison Wright, Jesse Houle, Ovita Thornton, Mike Hamby, Mariah

---

[1] Federal Rule of Civil Procedure 30(a)(2) governs the number of depositions a party is allowed. Fed. R. Civ. P. 30(a)(2) limits the number of depositions to ten, absent leave of Court or stipulation of the parties.

Parker, Tim Denson, and Russell Edwards. These depositions shall be taken at the ACC City Hall building.

2. Should Ms. Maddox wish to depose additional witnesses after the twelve depositions have been completed, she must file an appropriate motion explaining the basis for her request.

3. ACC's deposition of Ms. Maddox shall be taken at the location of Plaintiff's Counsel's choosing in Athens, Georgia.

**SO ORDERED,** this 23rd day of May, 2023.

                                         s/ C. Ashley Royal_____
                                         C. ASHLEY ROYAL, SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT